ROBERT C. MCBRIDE, ESQ.
NEVADA BAR NO.: 7082
ASHLEY A. BALDUCCI, ESQ.
NEVADA BAR NO.: 12687
CARROLL, KELLY, TROTTER,
FRANZEN, McKENNA & PEABODY
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois Corporation; FIREMAN'S FUND, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EVELYN ESTRADA-GROBL, an individual; VALLEY HEALTH SYSTEM LLC d/b/a SPRING VALLEY MEDICAL CENTER, a Delaware corporation; HRN SERVICES, INC., a California Corporation; ACCOUNTABLE HEALTHCARE STAFFING, INC. d/b/a HRN SERVICES, INC., a Delaware Corporation; ARTHUR FLASTER, an individual; KAREN FLASTER, an individual; DOES I - X, and ROE BUSINESS ENTITIES I - X,<br><br>Defendants. | CASE NO.: 2:16-CV-00885-MMD-CWH<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties, through their undersigned counsel, that the above-captioned matter shall be dismissed with prejudice. The parties reserve the right to seek attorneys' fees and costs in subsequent proceedings. Further, Accountable Healthcare Staffing, Inc. ("Accountable") expressly reserves its right to set-off, if any, as to the funds at issue in this litigation. Specifically, to the extent Accountable is somehow

Page 1 of 3

found liable in any legal action or arbitration for the conduct or claims at issue in the related Nevada state court litigation (Case No. A-12-672867-C), Accountable reserves its right to reduce that liability by applying the funds at issue in this matter.

It is understood by all parties that this stipulation does not confer upon Accountable a guaranteed or established right to the set off for the payments made herein, nor does this stipulation confer upon any other party a guaranteed or established right, if any, to relief against Accountable. Instead, all parties agree that, pursuant to this stipulation, Accountable may advance its claim that it is entitled to a set off, if any, for the settlement amounts paid herein, if necessary, in any future litigation or arbitration proceeding related to the underlying claim.

**IT IS SO STIPULATED:**

DATED this 21st day of February, 2017.

**CARROLL, KELLY, TROTTER, FRANZEN, McKENNA & PEABODY**

/s/Ashley Balducci
ROBERT C. McBRIDE, ESQ.
Nevada Bar No.: 7082
ASHLEY A. BALDUCCI, ESQ.
Nevada Bar No.: 12687
8329 W. Sunset Rd. Suite 260
Las Vegas, NV 89113
Attorneys for Plaintiffs

DATED this 21st day of February, 2017.

**HALL PRANGLE & SCHOONVELD, LLC**

/s/ James W. Fox
KENNETH W. WEBSTER. ESQ.
Nevada Bar No.: 7205
JAMES W. FOX, ESQ.
Nevada Bar No.: 13122
1160 North Town Center, Ste. 200
Las Vegas, Nevada 89144
Attorneys for Defendant
Valley Health System, LLC

DATED this 21st day of February, 2017.

**SNELL & WILMER, LLP**

/s/ Alex L. Fugazzi
ALEX L. FUGAZZI, ESQ.
Nevada Bar No.: 9022
V.R. Bohman, ESQ.
Nevada Bar No.: 13075
3883 Howard Hughes Parkway #1100
Las Vegas, Nevada 89169
Attorneys for Defendant
Accountable HealthCare Staffing, Inc.

DATED this 21st day of February, 2017.

**EGLET PRINCE**

/s/ Dennis Prince
DENNIS PRINCE, ESQ.
Nevada Bar No.: 5092
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
400 South 7th St., Box 1, Ste. 400
Las Vegas, Nevada 89101
Attorneys for Defendant Evelyn Estrada-Grobl

**ORDER**

Based upon the parties' stipulation,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. Each party shall bear her or its own attorneys' fees and costs in this proceeding only, but the parties reserve the right to seek attorneys' fees and costs in subsequent proceedings. The pending Motion to Direct Plaintiffs to Deposit Funds [#33] is DENIED as moot; and the February 27, 2017 [#32] deadline is VACATED. The Clerk of the Court is directed to close this case.

Dated: February 21, 2017

_____
UNITED STATES DISTRICT JUDGE